UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY KAISER,
     Plaintiff,

v.                                  Case No.: 3:25cv1641/MCR/ZCB

CITY OF DEFUNIAK SPRINGS,
     Defendant.
_____/

## ORDER

Before the Court is Defendant's motion for a protective order regarding Dr. John Laubenthal's deposition fee.  (Doc. 17). Dr. Laubenthal will be afforded an opportunity to respond to Defendant's motion before the Court issues a ruling.

If Dr. Laubenthal opposes Defendant's motion, he must file a response in opposition.  N.D. Fla. Loc. R. 7.1(E) ("A party who opposes the motion must file a memorandum in opposition.").  Failure to respond in opposition to Defendant's motion will cause this Court to presume that Dr. Laubenthal's does not oppose the motion.  N.D. Fla. Loc. R. 7.1(H) ("The Court may grant a motion by default if an opposing party does not file a memorandum as required by this rule.").

Accordingly, it is **ORDERED**:

1

1.    The Clerk of Court is directed to mail a copy of this order to Dr. Laubenthal at the following address: 2226 Navy Blvd., Panama City Beach, FL 32408.

2.    If Dr. Laubenthal opposes Defendant's motion (Doc. 17), he must file a response in opposition on or before **July 24, 2026**.  A response must comply with the Federal Rules of Civil Procedure and the Court's Local Rules.

3.    Dr. Laubenthal's failure to file a response in opposition to the motion will cause this Court to presume that Dr. Laubenthal does not oppose the motion.

**SO ORDERED** this 15th day of July 2026.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

2